UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA



FILED

MAY 1 8 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FARIA, JOE & LINA             CASE NO. 04-31494 RSB

ORDER FOR PAYMENT OF UNCLAIMED DIVIDENDS

This matter comes before the Court pursuant to 11 U.S.C. 2042, and the application of <u>ASSET RECOVERY TRUST</u>, seeking payment of $15,862.06 funds previously unclaimed by <u>NUNES HAY SERVICE, INC.</u> in the above-entitled case. It appears from the application and supporting documentation that the following successors in interest are entitled to the funds paid into Court, in the annotated percentages:

NUNES FAMILY TRUST – 24.15%
ROSE NUNES – 24.15%
ARTHUR T. NUNES, JR. – 34.10%
DANIEL NUNES – 17.60%

Therefore,
  IT IS ORDERED that the Clerk is directed to pay the following amounts from the TREASURY REGISTRY FUND to:

ROSE M. NUNES, Trustee -- $3,830.68
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

ROSE M. NUNES -- $3,830.68
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

ARTHUR T. NUNES, JR. – $5,408.97
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

DANIEL NUNES -- $2,791.73
C/O ASSET RECOVERY TRUST
P.O. Box 4296
Costa Mesa, CA 92628-4296

Dated: MAY 1 8 2007

_____
U. S. Bankruptcy Judge

45